BEFORE: ARLENE R. LINDSAY
UNITED STATES MAGISTRATE JUDGE

DATE: _APRIL 20, 2026_
TIME ON: _2:15 PM_
TIME OFF: _2:55 PM_

Case No. _26CR 101 (NJC)_

Courtroom Deputy: R. Imre

Criminal Cause for _ARRAIGNMENT_

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   APR 20 2026   ★

LONG ISLAND OFFICE

Defendant: _STEPHEN SHAPIRO_
Present _✓_   Not Present_____   In Custody _✓_   On Bail/Bond_____

Attorney: _SAUL BIENENFELD_   Ret'd _✓_   CJA_____   F.D. _____

AUSA: _KAITLIN McTAGUE_

Interpreter: _N/A_

ESR: _2:15 - 2:55_

_✓_ Case Called   _✓_ Counsel for all sides present.

_✓_ Arraignment Held.

_✓_ Defendant Pleads Not Guilty to: _THE INFORMATION_

_✓_ Order Setting Conditions of Release and Bond entered.

_____ Order of Detention entered.

_____ Temporary Order of Detention entered.

_____ Probation Notified.

_✓_ Speedy Trial waived from _4/20/2026_ through _5/21/2026_ .

Next Court appearance scheduled for _STATUS BEFORE DISTRICT JUDGE CHOADHURY ON MAY 21, 2026 AT 11:00 AM._

NOTES _MR. SHAPIRO WAIVES HIS RIGHT TO PROCEED BY WAY OF AN INDICTMENT AND CONSENTS TO THE FILING OF AN INFORMATION. MR. SHAPIRO FURTHER WAIVES HIS RIGHT TO A SPEEDY TRIAL AND CONSENTS TO EXCLUDE TIME FROM APRIL 20, 2026 THROUGH MAY 21, 2026._